SEALED

FILED
MAR 31 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___A. JESSEN___
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11 CR 00136 OWW |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| GABRIEL GONZALEZ, | CRIMINAL PROCEDURE |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 31, 2011, charging the above defendant with a violation of Title 18, United States Code, §659 - Theft From an Interstate Shipment; 18 U.S.C. § 822(j) - Possession, Etc. Of Stolen Firearms and Disposition of Stolen Firearms be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendants is in custody or has been given bail, that no person shall disclose the findings of the Indictment

1

1 | or any warrants issued pursuant thereto, except when necessary for
2 | the issuance and execution of the warrant.
3 | DATED: March 31, 2011                    Respectfully submitted,
4 |                                          BENJAMIN B. WAGNER
  |                                          United States Attorney
5 |
  |                                          By /s/ Kimberly A. Sanchez
6 |                                          KIMBERLY A. SANCHEZ
  |                                          Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 31 day of March, 2011.
9 |
10|                                          _____
  |                                          U.S. Magistrate Judge