1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4077

FILED

APR 27 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-CR-00136 OWW |
|---|---|
| Plaintiff, | ) ORDER TO UNSEAL INDICTMENT AND WARRANT OF ARREST |
| v. | ) |
| GABRIEL GONZALEZ, | ) |
| Defendant. | ) |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the indictment and warrant be unsealed and made public record.

Dated: April 27, 2011

Dennis L. Beck
U.S. Magistrate Judge

1