1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**GABRIEL GONZALEZ**
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN  DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | **CASE NO. 1:11-CR-00136-OWW** |
|---|---|---|
| | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| GABRIEL GONZALEZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

17    Defendant, GABRIEL GONZALEZ, by and through his counsel of record,

18 NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

19 through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney

20 for the Eastern District of California, hereby stipulate that the Status Conference in the

21 above-referenced case currently scheduled for Monday June 20, 2011, at 9:00 a.m. be

22 continued to Monday, August 29, 2011 at 9:00 a.m. in the courtroom for the Honorable

23 Oliver W. Wanger, District Judge.

24    This stipulation is based on good cause and in the interest of justice as counsel for

25 defendant will be engaged in trial starting June 20, 2011 for approximately 3 weeks.

26    It is further stipulated that the time between June 20, 2011 and August 29, 2011 shall

27 be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A)

28 and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion and the defendant's

1  and the public's interest in a speedy trial are outweighed by the interests of justice in
2  allowing for time for counsel to review discovery and for continuity of counsel.

3

4  **IT IS SO STIPULATED**

                                                                         Respectfully submitted,
5

6
   Dated: 06-16-11                                 /s/ Nicholas F. Reyes
7                                                       NICHOLAS F. REYES
                                                      Attorney for Defendant
8                                                       **GABRIEL GONZALEZ**

9

10  **IT IS SO STIPULATED**

11

12  Dated: 06-16-11                                 /s/ Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
13                                                       Assistant U.S. Attorney

14  IT IS SO ORDERED.

15  **Dated:   June 16, 2011**                      **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28