1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**GABRIEL GONZALEZ**
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN  DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA | ) | **CASE NO. 1:11-CR-00136-OWW** |
|---|---|---|
|  | ) |  |
|  | ) | **STIPULATION TO CONTINUE** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| GABRIEL GONZALEZ | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

17     Defendant, GABRIEL GONZALEZ, by and through his counsel of record,

18 NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

19 through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney

20 for the Eastern District of California, hereby stipulate that the Status Conference in the

21 above-referenced case currently scheduled for Monday August 29, 2011, at 9:00 a.m. be

22 continued to Monday, September 26, 2011 at 9:00 a.m. in the courtroom for the Honorable

23 Oliver W. Wanger, District Judge.

24     This stipulation is based on good cause and in the interest of justice as counsel for

25 defendant will be engaged in trial starting August 29, 2011 for approximately 3 weeks.

26     It is further stipulated that the time between August 29, 2011 and September 26, 2011

27 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Section

28 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion and

1  the defendant's and the public's interest in a speedy trial are outweighed by the interests of
2  justice in allowing for time for counsel to review discovery and for continuity of counsel.

**IT IS SO STIPULATED**

                                            Respectfully submitted,

Dated: 08-25-11            /s/ Nicholas F. Reyes
                           NICHOLAS F. REYES
                           Attorney for Defendant
                           **GABRIEL GONZALEZ**

**IT IS SO STIPULATED**

Dated: 08-25-11            /s/ Kimberly A. Sanchez
                           KIMBERLY A. SANCHEZ
                           Assistant U.S. Attorney

**IT IS SO ORDERED**


 IT IS SO ORDERED.

**Dated:   August 26, 2011**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE