UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NO. 1:11-CR-00136-LJO** |
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE SENTENCING** |
| v. | |
| GABRIEL GONZALEZ | |
| Defendant. | |

IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for Monday, May 7, 2012 at 8:30am. be continued to July 23, 2012 at 8:30am before the Honorable Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   April 30, 2012**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE